# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| MICAH EUGENE AVERY, JR. | ) Case No. |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  May 30, 2020  in the county of  Washington  in the District of  Columbia , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 231(a)(3) | did obstruct, impede, and interfere with a law enforcement officer performing his official duties during the course of a civil disorder; did willfully injure or commit depradation on property of the United States causing damage in excess of $1,000; and did forcibly assault, resist, oppose, impede, intimidate, or interfere with a federal officer while engaged in or on account of the performance of his official duties. |
| 18 U.S.C. § 1361 | |
| 18 U.S.C. § 111(a)(1) | |

This criminal complaint is based on these facts:
SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

CARL R. HOLMBERG, Detective Sgt., USPP
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date:  06/04/2020

*Judge's signature*

City and state:  Washington, DC     ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*